# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

AUDRA LYNN SAILORS                                                                                       PLAINTIFF

VS.                              CIVIL ACTION NO.  3:04CV00361 SWW/JTR

ALLTEL COMMUNICATIONS, INC.                                                            DEFENDANT

## ORDER

The parties in this action have reached a settlement following a conference before United States Magistrate Judge J. Thomas Ray.  Pursuant to a confidentiality agreement, which has been made part of the settlement, the tape recording setting forth the terms of the settlement will remain under seal.

IT IS SO ORDERED, this 3rd day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE